IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wesly Balthrop
13828 Castle Blvd #303
Silver Spring MD, 20904

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Montgomery County Maryland
101 Monroe ST.
Rockville MD.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 21-CV-1107-GLS

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
                *(check one)*



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY -6  P 12:12
CLERK'S OFFICE
AT GREENBELT
BY ____

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Westly Balthrop
Street Address: 13828 Castle Blvd #203
City and County: Silver Spring
State and Zip Code: Maryland 20904
Telephone Number: 240-350-5710
E-mail Address: westlybalthrop.wb@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Montgomery County
Job or Title (if known):
Street Address: 101 Monroe St
City and County: Rockville Maryland
State and Zip Code: Maryland 20850
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

> Name _____
> Job or Title _____
> (if known)
> Street Address _____
> City and County _____
> State and Zip Code _____
> Telephone Number _____
> E-mail Address _____
> (if known)

Defendant No. 3

> Name _____
> Job or Title _____
> (if known)
> Street Address _____
> City and County _____
> State and Zip Code _____
> Telephone Number _____
> E-mail Address _____
> (if known)

Defendant No. 4

> Name _____
> Job or Title _____
> (if known)
> Street Address _____
> City and County _____
> State and Zip Code _____
> Telephone Number _____
> E-mail Address _____
> (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

EEOC Disibility

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Westly Bathrd, is a citizen of the State of *(name)* Maryland.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* Montgomery County, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Montgomery County.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ~~testrp~~ _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

March 2018 Diagnosed with a hip impairment.
November 2018 Diagnosed with Bilateral Aseptic Vascular Necrosis./Hip Degeneration.
March 2019 Fired from, Removed, Forced out, Light duty Post.
April 2019 Offered a reclassification to a Liquor Store clerk. And a condition of employment. Reclassified from DLC/ABS Truck Driver To liquor Store clerk.
May 6th Had Total Right Hip Replacement.
May 24th Was Dismissed from Montgomery Count DLC.
" Reinstated on out Service disibility Til released from medical duty.
July 2019 Told was put on disibility Prminate. Out Service. I was Told by Core Work Retirement division. To write a email To retirement To tell Them Taking The reclassification not Prminate disibility.
Disibility went in Anyway. The disibility check less Than half what I was earning as a county Truck Driver.
4/7/20 Contacted EEOC. Charges of Discrimination against Montgomery County.
10/20/20 Contacted lawyer Deepika Shyces.
1/21 Contacted EEOC again. Charge of Disibility descrimination.
11/20 Took a physical for OMS Montgomery County.
4/21 letter Montgomery County will not Accommodate my Disibility.

6

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Due to Montgomery County not recognising my reclassification I am working 80hrs a week on a Job that was Part Time. Has now become full time and then some. I am not able to contain anyone good to county, state, because of Montgomery County.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/6/21, 2021.

Signature of Plaintiff   /s/ Wesly Balthrop

Printed Name of Plaintiff   Wesly Balthrop

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____