IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WESTLY E. BALTHROP | * | Approved |
| | * | The Honorable Gina L. Simms |
| Plaintiff | * | United States Magistrate Judge |
| | * | 3/7/23 |
| v. | * | Case No. 8:21-CV-01107-GLS |
| | * | |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| | * | |
| Defendant | * | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

To the Clerk of the Court:

With the consent of all parties to this case, kindly enter the above-captioned case as **dismissed with prejudice as to all claims and all parties.**

Respectfully submitted,

/s/ Jessica Greer
Jessica Greer [Bar No. 21789]
Alan Lescht and Associates, P.C.
1825 K St., NW, Suite 750
Washington, DC 20006
Tel (202) 463-6036
Fax (202) 463-6067
jessica.greer@leschtlaw.com
*Counsel for Plaintiff*

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/
Patricia Lisehora Kane
Chief, Division of Litigation
Federal Bar No. 13621
patricia.kane@montgomerycountymd.gov

                                                                                        /s/
                                              Jeannette L. Frumkin
Associate County Attorney
Federal Bar No. 19711
jeannette.frumkin@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
240-777-6700
240-777-6705 (Fax)

2